UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDEN ANTHONY POWELL,

    Petitioner,

                                      Case No. 1:15-cv-549

v.

                                      HONORABLE PAUL L. MALONEY

THOMAS MACKIE,

    Respondent,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date: August 14, 2017                                     /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                          United States District Judge